No. 986.   CAMPEAU *v.* AMRINE, WARDEN.   April 6, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied   *Al Campeau, pro se.*

No. 995.   WEST *v.* MAHONEY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   April 6, 1942.   Petition for writ of certiorari to the Superior Court, King County, State of Washington, and motion for leave to proceed further *in forma pauperis,* denied.   *Fred Hartzell West, pro se.*

No. 955.   GRANT ET AL. *v.* SOUTH CAROLINA.   April 6, 1942.   Petition for writ of certiorari to the Supreme Court of South Carolina, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Leon A. Ransom* for petitioners.   *Mr. John M. Daniel,* Attorney General of South Carolina, for respondent.

No. 985.   OWENS-ILLINOIS GLASS CO. *v.* NATIONAL LABOR RELATIONS BOARD.   April 6, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.   *Mr. Henry A. Middleton* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* for respondent.

No. 940.   CARIBBEAN EMBROIDERY COOPERATIVE, INC., ET AL. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR.   April 6, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Mr. James R. Beverley* for